UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Georgette Castner |
| | : | |
| v. | : | Crim. No. 26-209 |
| | : | |
| JACQUA CLAYTON | : | |
| | : | **DETENTION ORDER** |
| | : | |

This matter having been opened to the Court on motion of the United States, by Robert Frazer, United States Attorney for the District of New Jersey (Nathaniel Botwinick, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142 to detain defendant Jacqua Clayton in matter 26-cr-209 (GC) pending in the United States District Court for the District of New Jersey; and the Defendant (through counsel, Saverio Viggiano, Assistant Federal Public Defender, appearing), having consented to detention and reserved his right to seek pre-trial release at a later date; and for good cause shown:

IT IS, therefore, on this 18th day of May, 2026,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendant be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

1

ORDERED that such detention be without prejudice to the Defendant's right to seek pretrial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE

2